UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROSELANDE MOISE, | ) |
| | ) |
|   Petitioner | ) |
| | ) |
| v. | )   CIVIL NO.  2:25-cv-00578-JAW |
| | ) |
| KEVIN JOYCE, et al., | ) |
| | ) |
|   Respondent | ) |

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on January 5, 2026;

The Petition for Writ of Habeas Corpus is granted.

Dated this 5th day of January 2026.

                                        ERIC M. STORMS
                                        ACTING CLERK

                        By:    /s/ Joanne McCue
                                Deputy Clerk